**Text Message Conversation between Lt. Krul and I**

**Messages exported from: Kaleb's iPhone (+17875288049)**
**With: LT. Krul (2726348846)**
PDF generated on 7/6/2023 using Decipher TextMessage

**4/23/2023 12:26 PM**
Kaleb's iPhone (+17875288049)

File attachment with MIME type: text/x-vcard

**4/23/2023 12:27 PM**
Kaleb's iPhone (+17875288049)

9049826886

**4/23/2023 12:27 PM**
Kaleb's iPhone (+17875288049)

Murphy

**5/20/2023 9:20 AM**
Kaleb's iPhone (+17875288049)



**5/20/2023 12:05 PM**
Kaleb's iPhone (+17875288049)



**5/20/2023 3:58 PM**

LT. Krul (2726348846)

Call or text if you or the shift has questions....once again, thank you, your efforts are noticed by all of management.

**5/20/2023 3:58 PM**
Kaleb's iPhone (+17875288049)

Ok

1

**5/20/2023 3:59 PM**

LT. Krul (2726348846)

That means we appreciate your work

**5/20/2023 3:59 PM**
Kaleb's iPhone (+17875288049)

Thank you

**5/29/2023 5:38 PM (Viewed 5/29/2023 5:39 PM)**

LT. Krul (2726348846)

Thank you for the heads up, Boss and I talked, he knew

**5/29/2023 5:39 PM**
Kaleb's iPhone (+17875288049)

Ok

**5/29/2023 5:42 PM (Viewed 5/29/2023 5:43 PM)**

LT. Krul (2726348846)

It's ok if you have to distance yourself from the front office, I understand

**5/29/2023 5:43 PM**
Kaleb's iPhone (+17875288049)

Don't worry.

**5/29/2023 5:46 PM (Viewed 5/29/2023 5:48 PM)**

LT. Krul (2726348846)

I won't, I trust you

**5/29/2023 5:48 PM**
Kaleb's iPhone (+17875288049)

Ok

**5/30/2023 10:19 PM (Viewed 5/30/2023 10:20 PM)**

LT. Krul (2726348846)

You're on for tomorrow, don't forget your Spanish

**5/30/2023 10:19 PM (Viewed 5/30/2023 10:20 PM)**

LT. Krul (2726348846)

Ask Supervisor Ortiz to keep you available

**5/30/2023 10:20 PM**

LT. Krul (2726348846)

I would but, language barrier

**5/30/2023 10:22 PM**
Kaleb's iPhone (+17875288049)

Ok

**5/30/2023 10:34 PM**

LT. Krul (2726348846)

Hang on

**5/30/2023 10:34 PM**

LT. Krul (2726348846)

Let me look

**5/30/2023 10:35 PM**

LT. Krul (2726348846)

I apologize, your card is off tomorrow

**5/30/2023 10:36 PM**
Kaleb's iPhone (+17875288049)

I need the extra time!

**5/30/2023 10:36 PM**

LT. Krul (2726348846)

The holiday threw me off

**5/30/2023 10:36 PM**

LT. Krul (2726348846)

Shit

**5/30/2023 10:36 PM**
Kaleb's iPhone (+17875288049)

😊

**5/30/2023 10:39 PM**

LT. Krul (2726348846)

Anyway, thanks...you have been kind to me, I appreciate it.

**5/30/2023 10:40 PM**
Kaleb's iPhone (+17875288049)

Ok
Just to be cleard; I don't work tomorrow.

**5/30/2023 10:41 PM**

LT. Krul (2726348846)

10-4, you are off tomorrow

**5/30/2023 10:41 PM**
Kaleb's iPhone (+17875288049)

Ok

**5/30/2023 10:42 PM**

LT. Krul (2726348846)

Sorry, I was confused.

**5/30/2023 10:42 PM**
Kaleb's iPhone (+17875288049)

It is ok. Don't worried

**5/30/2023 10:43 PM**

LT. Krul (2726348846)

You got Diaz number?

**5/30/2023 10:43 PM**
Kaleb's iPhone (+17875288049)

Nope

**5/30/2023 10:44 PM**

LT. Krul (2726348846)

Ok....talk later 😊

**6/1/2023 6:59 PM**

LT. Krul (2726348846)

You good?  Mr. Cluff understands, we value your work, don't quit.

**6/1/2023 7:00 PM**
Kaleb's iPhone (+17875288049)

I won't

**6/1/2023 7:00 PM**
Kaleb's iPhone (+17875288049)

Don't worry! I need the money.

**6/1/2023 7:01 PM**
Kaleb's iPhone (+17875288049)

Thank you

**6/1/2023 7:01 PM**

LT. Krul (2726348846)

😊😊

**6/1/2023 7:01 PM**

LT. Krul (2726348846)

Don't we all

**6/2/2023 5:13 PM**
Kaleb's iPhone (+17875288049)



**6/2/2023 6:33 PM (Viewed 6/2/2023 6:42 PM)**

LT. Krul (2726348846)

Thank you for your help today...

**6/2/2023 6:34 PM (Viewed 6/2/2023 6:42 PM)**

LT. Krul (2726348846)

It will get better

**6/2/2023 6:42 PM**
Kaleb's iPhone (+17875288049)

Let's hope!

**6/2/2023 6:59 PM (Viewed 6/2/2023 7:00 PM)**

LT. Krul (2726348846)

We like you, if you had a preference, what supervisor and shift would you prefer?

**6/2/2023 7:02 PM**
Kaleb's iPhone (+17875288049)

Any supervisor, but please keep me at day shift.

**6/2/2023 7:04 PM**

LT. Krul (2726348846)

Ok, think we can do that...no promises, thinking, can you do a midnight shift for June?

4

**6/2/2023 7:04 PM**

LT. Krul (2726348846)

I need options

**6/2/2023 7:04 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/2/2023 7:05 PM**
Kaleb's iPhone (+17875288049)

I will

**6/2/2023 7:05 PM**

LT. Krul (2726348846)

You tell me, we are trying to be fair

**6/2/2023 7:05 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/2/2023 7:06 PM (Viewed 6/2/2023 7:07 PM)**

LT. Krul (2726348846)

Not sure yet, Murphy's shift?

**6/2/2023 7:07 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/2/2023 7:07 PM (Viewed 6/2/2023 7:08 PM)**

LT. Krul (2726348846)

Can I trust you enough to be quiet about our conversation?

**6/2/2023 7:08 PM**
Kaleb's iPhone (+17875288049)

Yes

**6/2/2023 7:08 PM**

LT. Krul (2726348846)

Thank you

**6/2/2023 7:12 PM**

LT. Krul (2726348846)

I know you are in a difficult place, and we can't talk outside of work.

**6/2/2023 7:13 PM**
Kaleb's iPhone (+17875288049)

True

**6/2/2023 7:17 PM**

LT. Krul (2726348846)

You are honest and kind, thank you.

**6/2/2023 7:17 PM**

LT. Krul (2726348846)

NRN

**6/2/2023 7:19 PM**
Kaleb's iPhone (+17875288049)

Thank you

5

**6/2/2023 7:20 PM**

LT. Krul (2726348846)

Sorry, NRN means no response needed....don't feel obligated to respond

**6/2/2023 7:21 PM**
Kaleb's iPhone (+17875288049)

😀

**6/2/2023 8:03 PM**

LT. Krul (2726348846)

😫

**6/3/2023 3:24 PM**
Kaleb's iPhone (+17875288049)

NDPC building A/c not cooling 86  and the roof is leaking over a black box (electronic)

**6/3/2023 3:25 PM (Viewed 6/3/2023 3:26 PM)**

LT. Krul (2726348846)

I'll call it in

**6/4/2023 12:27 PM**
Kaleb's iPhone (+17875288049)

T2 until 2100

**6/4/2023 12:27 PM (Viewed 6/4/2023 12:28 PM)**

LT. Krul (2726348846)

Of course, just texted Boss we were good to go

**6/4/2023 12:28 PM**

LT. Krul (2726348846)

Keep me posted, please 😀

**6/4/2023 12:28 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/4/2023 12:29 PM**
Kaleb's iPhone (+17875288049)

Don't worry!

**6/5/2023 4:47 PM**

LT. Krul (2726348846)

Thanks for taking the extra shift today, that really helped. Young is sick, she's not faking it

**6/5/2023 4:47 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/5/2023 4:48 PM**
Kaleb's iPhone (+17875288049)

Any time

**6/7/2023 4:55 PM**
Kaleb's iPhone (+17875288049)

IOM will be tacking Walkiria to the hospital At 6:00pm

**6/7/2023 5:05 PM (Viewed 6/7/2023 5:07 PM)**

LT. Krul (2726348846)

Sorry to ask you for that information, PM Nate has to make a notification to the Miami Field Office, I'm not comfortable asking those questions either.

**6/7/2023 5:07 PM**
Kaleb's iPhone (+17875288049)

> Ok

**6/7/2023 5:07 PM**
Kaleb's iPhone (+17875288049)

> Don't worry

**6/7/2023 5:08 PM (Viewed 6/7/2023 5:13 PM)**

LT. Krul (2726348846)

Thank you

**6/7/2023 5:22 PM (Viewed 6/7/2023 5:24 PM)**

LT. Krul (2726348846)

Are you rover tomorrow?

**6/7/2023 5:24 PM**
Kaleb's iPhone (+17875288049)

> Yes

**6/7/2023 5:51 PM**
Kaleb's iPhone (+17875288049)

> Correction IOM Patricia is taking Walkiria to the hospital

**6/7/2023 6:01 PM (Viewed 6/7/2023 6:04 PM)**

LT. Krul (2726348846)

That's ok, doesn't change anything

**6/7/2023 6:03 PM (Viewed 6/7/2023 6:04 PM)**

LT. Krul (2726348846)

Remind me to talk to you tomorrow in private, work related that helps you

**6/7/2023 6:05 PM**
Kaleb's iPhone (+17875288049)

> Ok

**6/7/2023 6:05 PM (Viewed 6/7/2023 6:24 PM)**

LT. Krul (2726348846)

10-4

**6/8/2023 6:13 PM**

LT. Krul (2726348846)

Everything ok?

**6/8/2023 6:13 PM**
Kaleb's iPhone (+17875288049)

> Meabe not

**6/8/2023 6:13 PM**

LT. Krul (2726348846)

Shit

**6/8/2023 6:14 PM**
Kaleb's iPhone (+17875288049)

> Wait let me talk to Pan

**6/8/2023 6:16 PM (Viewed 6/8/2023 6:17 PM)**

LT. Krul (2726348846)

Please tell me, ICE is here, we can address issues

**6/8/2023 6:17 PM**
Kaleb's iPhone (+17875288049)

No

**6/8/2023 6:17 PM**
Kaleb's iPhone (+17875288049)

Don't worried

**6/8/2023 6:18 PM**
Kaleb's iPhone (+17875288049)

Nothing happened

**6/8/2023 6:18 PM**

LT. Krul (2726348846)

Have Pan call me

**6/8/2023 6:18 PM (Viewed 6/8/2023 6:19 PM)**

LT. Krul (2726348846)

Please

**6/8/2023 6:19 PM**
Kaleb's iPhone (+17875288049)

5 seconds

**6/8/2023 6:19 PM**

LT. Krul (2726348846)

10-4

**6/8/2023 6:20 PM**
Kaleb's iPhone (+17875288049)

On the way

**6/8/2023 6:20 PM**

LT. Krul (2726348846)

Ok

**6/8/2023 6:22 PM**
Kaleb's iPhone (+17875288049)

Sorry

**6/8/2023 6:30 PM**

LT. Krul (2726348846)

It's ok, management is trying to keep our officers protected

**6/8/2023 9:31 PM (Viewed 6/8/2023 9:32 PM)**

LT. Krul (2726348846)

Thank you for talking to me, NRN

**6/11/2023 5:57 PM (Viewed 6/11/2023 5:59 PM)**

LT. Krul (2726348846)

Tomorrow everyone needs to be on point

**6/11/2023 5:58 PM (Viewed 6/11/2023 5:59 PM)**

LT. Krul (2726348846)

I've given instructions on assignments

**6/11/2023 5:58 PM (Viewed 6/11/2023 5:59 PM)**

LT. Krul (2726348846)

Please let Mr. Ortiz know that if he has any questions, just ask

**6/11/2023 5:59 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/11/2023 6:10 PM (Viewed 6/11/2023 6:12 PM)**

LT. Krul (2726348846)

Please understand, everything needs to be perfect tomorrow, everyone in place, flag raising on time, etc

**6/11/2023 6:12 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/11/2023 6:14 PM (Viewed 6/11/2023 6:15 PM)**

LT. Krul (2726348846)

I apologize for putting you in a difficult position, I would go direct with Mr. Ortiz, but I can't speak Spanish, I need some that management trusts

**6/11/2023 6:15 PM**

LT. Krul (2726348846)

That will help

**6/11/2023 6:16 PM**
Kaleb's iPhone (+17875288049)

Don't apologize, please. Its ok

**6/11/2023 6:17 PM (Viewed 6/11/2023 6:35 PM)**

LT. Krul (2726348846)

Thank you

**6/11/2023 7:52 PM**
Kaleb's iPhone (+17875288049)

I have a question. If Alvarez who will be rover is going to be in NDPC building. No one will be on rover rounds? Or Do you wants the rouds be done early morning? It can be done in an hour. Before 8 am

**6/13/2023 6:58 PM (Viewed 6/13/2023 7:00 PM)**

LT. Krul (2726348846)

Thank you

**6/14/2023 9:08 PM (Viewed 6/14/2023 9:09 PM)**

LT. Krul (2726348846)

Thank you for our discussion this evening, I know you know everything

**6/14/2023 9:10 PM**
Kaleb's iPhone (+17875288049)

I will never say anything

**6/14/2023 9:10 PM**

LT. Krul (2726348846)

I appreciate it, we are friends,

**6/14/2023 9:10 PM**
Kaleb's iPhone (+17875288049)

👍

**6/14/2023 9:11 PM**

LT. Krul (2726348846)

You sure?

**6/14/2023 9:11 PM**
Kaleb's iPhone (+17875288049)

Yes

**6/14/2023 9:11 PM (Viewed 6/14/2023 9:39 PM)**

LT. Krul (2726348846)

10-4

**6/15/2023 7:44 PM (Viewed 6/15/2023 7:45 PM)**

LT. Krul (2726348846)

Can you ask about our new guy, Sandiageo...whatever his name is....I like him, but would appreciate your opinion

**6/15/2023 7:44 PM (Viewed 6/15/2023 7:45 PM)**

LT. Krul (2726348846)

He's working tonight

**6/15/2023 7:45 PM**

LT. Krul (2726348846)

I'm asking for the program

**6/15/2023 7:45 PM (Delivered 6/15/2023 7:46 PM)**
Kaleb's iPhone (+17875288049)

Give me a few days

**6/15/2023 7:53 PM (Viewed 6/15/2023 7:55 PM)**

LT. Krul (2726348846)

He's on evening after today

**6/15/2023 7:54 PM (Viewed 6/15/2023 7:55 PM)**

LT. Krul (2726348846)

I like him...he's willing to learn, and can translate

**6/15/2023 7:55 PM**
Kaleb's iPhone (+17875288049)

True

**6/15/2023 7:55 PM**

LT. Krul (2726348846)

What's your first impression? You don't have to answer,,

**6/15/2023 7:55 PM**
Kaleb's iPhone (+17875288049)

He's ok

**6/15/2023 7:59 PM (Viewed 6/15/2023 8:01 PM)**

LT. Krul (2726348846)

Can I call? I'm leaving tomorrow, I owe Mr Cluff an assessment

**6/15/2023 8:00 PM (Viewed 6/15/2023 8:01 PM)**

LT. Krul (2726348846)

I won't hold you on the phone

**6/15/2023 8:01 PM**

LT. Krul (2726348846)

You're off, just trying to fix issues

**6/15/2023 8:02 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/15/2023 8:03 PM**
Kaleb's iPhone (+17875288049)

Don't worry. I wasn't doing anything.

**6/15/2023 8:03 PM**
Kaleb's iPhone (+17875288049)

Yes you can call

**6/15/2023 9:08 PM (Viewed 6/15/2023 9:17 PM)**

LT. Krul (2726348846)

Thank you for the the call, you help all of us

**6/23/2023 6:39 PM (Viewed 6/23/2023 6:40 PM)**

LT. Krul (2726348846)

What did you guys do when I was gone?

**6/23/2023 6:40 PM**
Kaleb's iPhone (+17875288049)

Nothing

**6/23/2023 6:41 PM**
Kaleb's iPhone (+17875288049)

You're back?

**6/23/2023 6:43 PM**

LT. Krul (2726348846)

Yes, was on the inbound flight, didn't expect to walk into this much

**6/23/2023 6:44 PM**
Kaleb's iPhone (+17875288049)

I don't know

**6/23/2023 6:47 PM**

LT. Krul (2726348846)

I understand.

**6/23/2023 6:47 PM**
Kaleb's iPhone (+17875288049)

Did I did something wrong?

**6/23/2023 6:51 PM**

LT. Krul (2726348846)

No. But why aren't the tents put away, why I'm I hearing that my supervisors won't help

**6/23/2023 6:51 PM**

LT. Krul (2726348846)

When I was out there working, this stopped now

**6/23/2023 6:52 PM**

LT. Krul (2726348846)

I know you talk to your friends , and I know they talk to you

**6/23/2023 6:52 PM**

LT. Krul (2726348846)

They have the weekend, Monday won't be nice for them

**6/23/2023 6:53 PM**

LT. Krul (2726348846)

Unless they step up, and get our tents put away

11

**6/23/2023 6:53 PM**
Kaleb's iPhone (+17875288049)

> I will call you

**6/27/2023 8:01 PM (Viewed 6/27/2023 8:03 PM)**

LT. Krul (2726348846)

Text me if you can, I'm trying to help Nate

**6/27/2023 8:04 PM**
Kaleb's iPhone (+17875288049)

> Tell me

**6/27/2023 9:33 PM**

LT. Krul (2726348846)

Thank you

**6/27/2023 9:35 PM**
Kaleb's iPhone (+17875288049)

> File attachment with MIME type: text/x-vcard

**6/27/2023 9:36 PM (Viewed 6/27/2023 10:05 PM)**

LT. Krul (2726348846)

Wonder if she's answer

**6/27/2023 10:05 PM**
Kaleb's iPhone (+17875288049)

> She will

**6/27/2023 11:46 PM**

LT. Krul (2726348846)

Thank you

**6/27/2023 11:46 PM**
Kaleb's iPhone (+17875288049)

> Ok

**6/27/2023 11:46 PM**

LT. Krul (2726348846)

I like talking to you

**6/27/2023 11:50 PM**

LT. Krul (2726348846)

No response necessary, our conversations are awkward...

**6/27/2023 11:51 PM**
Kaleb's iPhone (+17875288049)

> It's ok. Don't worry

**6/27/2023 11:51 PM (Viewed 6/27/2023 11:52 PM)**

LT. Krul (2726348846)

You sure?

**6/27/2023 11:52 PM**
Kaleb's iPhone (+17875288049)

> Yes

**6/27/2023 11:54 PM (Viewed 6/28/2023 6:11 AM)**

LT. Krul (2726348846)

Thanks.....I mean it

**6/28/2023 10:12 AM**
Kaleb's iPhone (+17875288049)

Samaniego, needs more pants. He has only 2 pants. His size is 34waist/32 long

**6/28/2023 10:12 AM (Viewed 6/28/2023 10:17 AM)**

LT. Krul (2726348846)

Have him come on in, he can go through the uniform pile

**6/28/2023 10:17 AM**
Kaleb's iPhone (+17875288049)

He went to sleep. I will tell him.

**6/28/2023 10:17 AM (Viewed 6/28/2023 10:20 AM)**

LT. Krul (2726348846)

Thanks

LT. Krul (2726348846)

**6/28/2023 7:58 PM**

Tell....it's been an interesting day..promise I'm not calling. Just need to wrap this up...anything?

**6/28/2023 7:59 PM**
Kaleb's iPhone (+17875288049)

It's has been.

**6/28/2023 8:01 PM**

LT. Krul (2726348846)

Give me a minute

**6/28/2023 8:01 PM**
Kaleb's iPhone (+17875288049)

Yep

**6/28/2023 9:23 PM**

LT. Krul (2726348846)

I apologize, thank you for being discreet about our conversation, that conversation won't come up again

**6/28/2023 9:24 PM**

LT. Krul (2726348846)

Sorry

**6/28/2023 9:24 PM**
Kaleb's iPhone (+17875288049)

It's ok. Don't worry

**6/28/2023 9:31 PM**

LT. Krul (2726348846)

You've been a friend, I misjudged, I'm embarrassed

**6/28/2023 9:31 PM**
Kaleb's iPhone (+17875288049)

No

**6/28/2023 9:31 PM**
Kaleb's iPhone (+17875288049)

Don't be!

**6/28/2023 9:47 PM (Viewed 6/28/2023 9:52 PM)**

LT. Krul (2726348846)

Ok, I'm still mortified, apologizes..

**6/28/2023 9:52 PM**
Kaleb's iPhone (+17875288049)

Stop

**6/28/2023 9:52 PM**
Kaleb's iPhone (+17875288049)

Good night!

**6/29/2023 6:20 PM**

LT. Krul (2726348846)

I need you to help the program, it's with our favorite migrant

**6/29/2023 6:21 PM**
Kaleb's iPhone (+17875288049)

What do you want me to do?

**6/29/2023 6:21 PM**
Kaleb's iPhone (+17875288049)

To apologize?

**6/29/2023 6:22 PM**

LT. Krul (2726348846)

Shit, no, can you take a brief call, I'd rather explain

**6/29/2023 6:22 PM**
Kaleb's iPhone (+17875288049)

I will call you

**6/29/2023 9:02 PM**

LT. Krul (2726348846)

Thank you, everything is good, I owe you

**6/29/2023 9:03 PM**
Kaleb's iPhone (+17875288049)

No, don't worry.

**6/29/2023 9:08 PM**
Kaleb's iPhone (+17875288049)

Trust is sacred. Professional speaking I do my job the way that I'm asked. It was not me. There's too many proofs. He is a lair.

**6/29/2023 9:31 PM**

LT. Krul (2726348846)

It's OK, I'm not here to hurt anyone, management needs to know what is happening.

**6/29/2023 9:33 PM**

LT. Krul (2726348846)

I just told Mr.Cluff that I will resign on Monday unless MVM will stop with the calls from disgruntled employees

**6/29/2023 9:34 PM**
Kaleb's iPhone (+17875288049)

My God! Don't do that!

**6/29/2023 9:34 PM**

LT. Krul (2726348846)

That will be a fun call

**6/29/2023 9:35 PM**
Kaleb's iPhone (+17875288049)

LOL

14

**6/29/2023 9:38 PM**

LT. Krul (2726348846)

It's ok, if management doesn't let you do the job that you were hired to do, why am I here

**6/29/2023 9:41 PM**
Kaleb's iPhone (+17875288049)

Just don't know what to say.

**6/29/2023 9:42 PM**

LT. Krul (2726348846)

No response necessary, you see what we try to do…

**6/29/2023 9:43 PM**
Kaleb's iPhone (+17875288049)

Yes, but IOM has responsibilities of their acctions. I will get worse!

**6/29/2023 9:45 PM (Viewed 6/29/2023 9:48 PM)**

LT. Krul (2726348846)

No, just listen to Mr. Cluff, we all like you, you'll be ok

**6/29/2023 9:49 PM**
Kaleb's iPhone (+17875288049)

Can I talk with the PM?

**6/29/2023 9:55 PM**

LT. Krul (2726348846)

Yes, always. Maybe not tonight, he has twin infants, with an Hispanic wife 😬

**6/29/2023 9:55 PM**
Kaleb's iPhone (+17875288049)

Not tonight. Tomorrow

**6/29/2023 9:58 PM (Viewed 6/29/2023 9:59 PM)**

LT. Krul (2726348846)

Your card is on the evening shift tomorrow, I think…I should know..don't come in early for the topic, I already told him you are GTG

**6/29/2023 10:02 PM**

LT. Krul (2726348846)

I will make sure that Mr. Tracy and Mr. Cluff know about this. You are covered, not because we are friends, but because you tell the truth

**6/29/2023 10:02 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/29/2023 10:04 PM (Viewed 6/29/2023 10:05 PM)**

LT. Krul (2726348846)

Go to bed…I will not peck at you anymore

**6/29/2023 10:05 PM**
Kaleb's iPhone (+17875288049)

Good night!

**7/1/2023 8:35 AM (Viewed 7/1/2023 9:39 AM)**

LT. Krul (2726348846)

Can you please call me when you wake up?  It's strictly work related

**7/1/2023 9:30 AM (Viewed 7/1/2023 9:33 AM)**

LT. Krul (2726348846)

Can you please call me when you wake up?  It's strictly work related

**7/1/2023 9:33 AM**
Kaleb's iPhone (+17875288049)

Don't worry

Message not delivered.

**7/1/2023 9:39 AM**
Kaleb's iPhone (+17875288049)

Don't worry

**7/1/2023 7:17 PM**
Kaleb's iPhone (+17875288049)

Can I give a razer to migrant 1567?

**7/1/2023 7:18 PM (Viewed 7/1/2023 7:19 PM)**

LT. Krul (2726348846)

Yes....which one?

**7/1/2023 7:19 PM**
Kaleb's iPhone (+17875288049)

The cuban or both?

**7/1/2023 7:19 PM**
Kaleb's iPhone (+17875288049)

I'm tacking supply's over

**7/1/2023 7:21 PM**

LT. Krul (2726348846)

If they ask, we will give them razors, if they don't ask us, don't offer razors to them

**7/1/2023 7:21 PM**

LT. Krul (2726348846)

Call me, I'll try to clarify

**7/1/2023 7:22 PM**
Kaleb's iPhone (+17875288049)

That's why I asked

**7/3/2023 6:54 PM**

LT. Krul (2726348846)

What happened today? You want to talk?

**7/3/2023 6:55 PM**
Kaleb's iPhone (+17875288049)

Give 5 minutes

**7/3/2023 6:57 PM (Viewed 7/3/2023 6:58 PM)**

LT. Krul (2726348846)

Ok

**7/3/2023 6:58 PM**

LT. Krul (2726348846)

No worries on time

**7/3/2023 8:10 PM**

LT. Krul (2726348846)

You don't have to talk to me, I understand, nothing more needs to be said. I'll consider our conversation done, in private, all the best to you.

**7/3/2023 8:11 PM**
Kaleb's iPhone (+17875288049)

I'm not alone

**7/3/2023 8:16 PM (Viewed 7/3/2023 8:17 PM)**

LT. Krul (2726348846)

I understand, management is trying to reach out to you, I can't help if you can't communicate.

**7/3/2023 8:19 PM**
Kaleb's iPhone (+17875288049)

I have not recieved any calls or text.

**7/3/2023 8:20 PM**

LT. Krul (2726348846)

Last time I checked, I'm still management😊

**7/3/2023 8:21 PM**
Kaleb's iPhone (+17875288049)

I'm stressed and disappointed.

**7/3/2023 8:23 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

I get it, evening shift isn't nice, and it takes a few days or weeks to get accimitised

**7/3/2023 8:24 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

Why do you think Nate is asking me to talk to you?

**7/3/2023 8:25 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

When you walked out on Nate, that's hard to come back from

**7/3/2023 8:26 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

Be honest, do you want to be on the project?

**7/3/2023 8:29 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

If you do, let's fix this now, explain to Nate that you were tired, try to explain, and let's move forward.

**7/3/2023 8:31 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

Why are you stressed and disappointed? Contracting sucks, but it's part of the game. I wanted to go home my first week here

**7/3/2023 8:32 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

I'm trying to help, give management something to help

**7/3/2023 8:41 PM (Viewed 7/3/2023 9:43 PM)**

LT. Krul (2726348846)

You have the conversation captured, as a person, we've all tried to help, you are not terminated, and I want you to stay on the project

**7/3/2023 9:44 PM**
Kaleb's iPhone (+17875288049)



**7/4/2023 12:14 AM**
Kaleb's iPhone (+17875288049)

Don't put words in my mouth. I' m not sweaty and the son is not burning me. Working at night isn't the normal way for a human, but It's not the end of the world. I always fiend a good part. The hours goes faster. 6 months past flying!
But I wasn't call to the office today because of the Night Shift. I never compliant. I  was called because of a migrant situation.

Disappointed on the way I was treated.

Nobady know anything today. And I'm Stressed  and afraid, because of the situation with the migrant from april, also I have been doing my job and others job including the supervisor. You know it. All of you know it. And other things like my salary payments. I'm living here for a year And Mvm is paying the government par of my salary And the list goes on.
You guys have amnesia. Like I said today I will make it official in an email. So no one will forget.
What do you guys want from me?

241 total messages and 6 total images.

**Text Message Conversation between PM Cluff and I**

**Messages exported from: Kaleb's iPhone (+17875288049)**
**With: PM Cluff (2076042618)**
PDF generated on 10/1/2023 using Decipher TextMessage

**5/15/2023 2:31 PM (Viewed 5/15/2023 3:41 PM)**
PM Cluff (2076042618)

729-44

**5/16/2023 10:29 AM**
PM Cluff (2076042618)

nate

**5/16/2023 10:30 AM**
Kaleb's iPhone (+17875288049)



**5/16/2023 11:14 AM (Viewed 5/16/2023 11:15 AM)**
PM Cluff (2076042618)

cluffn@mvminc.com

**5/16/2023 12:11 PM**
PM Cluff (2076042618)

please keep calling 72190 and ask them if they have your paperwork

**5/16/2023 12:11 PM**
Kaleb's iPhone (+17875288049)

Ok

**6/16/2023 3:18 PM**
Kaleb's iPhone (+17875288049)



1

**6/16/2023 3:18 PM (Viewed 6/16/2023 3:58 PM)**

PM Cluff (2076042618)

thank you very much

**6/30/2023 8:44 AM**
Kaleb's iPhone (+17875288049)

I need to talk to you; at the office Monday.

**6/30/2023 8:49 AM**

PM Cluff (2076042618)

you can call me now if you want i am alone

**6/30/2023 8:50 AM**
Kaleb's iPhone (+17875288049)

I would like to talk face to face

**7/3/2023 8:40 PM**
Kaleb's iPhone (+17875288049)

I'm I fired?

**7/7/2023 5:11 PM**
Kaleb's iPhone (+17875288049)

I need Barbara's e-mail.

**7/7/2023 5:12 PM (Viewed 7/7/2023 5:13 PM)**

PM Cluff (2076042618)

you have it already. i sent you an email yesterday after the call with her

**7/7/2023 5:13 PM**
Kaleb's iPhone (+17875288049)

Ok

**7/7/2023 5:13 PM**

PM Cluff (2076042618)



**7/7/2023 5:13 PM**

PM Cluff (2076042618)

check your email

**7/7/2023 5:13 PM**

PM Cluff (2076042618)

did you get it?

**7/7/2023 5:13 PM**
Kaleb's iPhone (+17875288049)

Yes

**7/7/2023 5:14 PM (Viewed 7/7/2023 5:23 PM)**

PM Cluff (2076042618)

ok so that is her email. is there something you need that your supervisor or myself cant help you with?

**7/7/2023 7:46 PM**
Kaleb's iPhone (+17875288049)

I send the e-mail to you too. Can you make shire thats Barbara's e-mail?

**7/8/2023 10:22 PM**
Kaleb's iPhone (+17875288049)

I made a mistake in the app Unanet. I didn't finish my shift 6/6/23 I left seek at 3am.

**7/24/2023 8:41 AM**
Kaleb's iPhone (+17875288049)

HR has not contacted me. Do I need to reach them? And or where?

**7/24/2023 9:03 AM (Viewed 7/24/2023 9:04 AM)**

PM Cluff (2076042618)

good morning, hr will reach out to you directly. if you would like to call hr you are more than welcome

571.895.5500

**7/25/2023 3:20 PM (Viewed 7/25/2023 3:44 PM)**

PM Cluff (2076042618)

please call the taxi if you dont see her. remember it is a grey van

+1 (757) 305-0405

**7/25/2023 3:51 PM**
Kaleb's iPhone (+17875288049)

Tantas atenciones confunden. Si hubieras trabajado igualmente cuando me tiraron el escritorio

**7/25/2023 4:45 PM**
Kaleb's iPhone (+17875288049)

From the hotel, the need the documents signed

**7/25/2023 4:48 PM (Viewed 7/25/2023 4:53 PM)**

PM Cluff (2076042618)
Message was edited 7/25/2023 4:54 PM

they need to contact the number that was provided to them. they were also provided an email address

571-223-4516

**7/26/2023 5:21 AM**
Kaleb's iPhone (+17875288049)

The lounges are not paid for.

29 total messages and 3 total images.

3

**(1) April 9, 2023**
**Medical Report on Citric Allergies**
**and Incident Report**

9/22/23, 11:53 AM          Encounter - Office Visit Date of service: 09/17/23 Patient: VIRNA L RUIZ RIVERA DOB: 04/18/1977 PRN: RV188370

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **VIRNA L RUIZ RIVERA** | | **MMC Allergy Immunology** | **Office Visit** | |
| DOB | 04/18/1977 | T   (787) 621-3270 | NOTE TYPE | SOAP Note |
| AGE | 46 yrs | Calle Hernandez Carrión | SEEN BY | iona malinow MD |
| SEX | Female | 206 Subespecialistas Pediátricos | DATE | 09/17/2023 |
| PRN | RV188370 | Manatí, PR 00674 | AGE AT DOS | 46 yrs |
| | | | Electronically signed by iona malinow MD | |
| | | | at 09/22/2023 11:53 am | |

**Chief complaint**
FA fruits

**Vitals for this encounter**

| | 09/17/23 5:27 PM |
|---|---|
| Temperature | 98 °F |
| Pulse | 81 bpm |
| Respiratory rate | 17 bpm |
| O2 Saturation | 98 % |
| Blood pressure | 127/86 mmHg |

**Diagnoses**

Was diagnosis reconciliation completed?
No selection made

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (T78.1XXA) Other adverse food reactions, not elsewhere classified, initial encounter | | | |
| (T78.2XXA) Anaphylactic shock, unspecified, initial encounter | | | |
| (J31.0) Chronic rhinitis | | | |
| (J45.909) Unspecified asthma, uncomplicated | | | |
| **Historical** | **ACUITY** | **START** | **STOP** |
| No historical diagnoses | | | |

**Drug Allergies**

Was medication allergy reconciliation completed?
No selection made

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Penicillins | Moderate Rash - localized | - |

**Food Allergies**

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| orange | Moderate | |

9/22/23, 11:53 AM                    Encounter - Office Visit Date of service: 09/17/23 Patient: VIRNA L RUIZ RIVERA DOB: 04/18/1977 PRN: RV188370

Anaphylaxis

## Environmental Allergies

| Active | | SEVERITY/REACTIONS | ONSET |
|---|---|---|---|
| No environmental allergies recorded | | | |

## Medications

Was medication reconciliation completed?
**No selection made**

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Ibuprofen (Advil) 200 MG Oral Capsule | | - | - |

| Historical | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Social history

| TOBACCO USE | RECORDED |
|---|---|
| No tobacco use history available for this patient | |
| ALCOHOL USE | RECORDED |
| No alcohol use history available for this patient | |
| SOCIAL HISTORY (FREE-TEXT) | |
| no smokers dogs | |
| FINANCIAL RESOURCES | RECORDED |
| No financial resources recorded for this patient | |
| EDUCATION | RECORDED |
| No education recorded for this patient | |
| PHYSICAL ACTIVITY | RECORDED |
| No physical activity available for this patient | |
| NUTRITION HISTORY | RECORDED |
| No nutrition history available for this patient | |
| STRESS | RECORDED |
| No stress available for this patient | |
| SOCIAL ISOLATION AND CONNECTION | RECORDED |
| No social isolation and connection available for this patient | |
| EXPOSURE TO VIOLENCE | RECORDED |
| No exposure to violence history available for this patient | |
| GENDER IDENTITY | |
| No gender identity recorded for this patient | |
| SEXUAL ORIENTATION | |
| No sexual orientation recorded for this patient | |

9/22/23, 11:53 AM                    Encounter - Office Visit Date of service: 09/17/23 Patient: VIRNA L RUIZ RIVERA DOB: 04/18/1977 PRN: RV188370

## Past medical history

**MAJOR EVENTS**

no hospitalizations no ER visits

**SOCIAL HISTORY**

no smokers
 dogs

## Family health history

**DIAGNOSIS**                                                                                                      ´ ONSET DATE

No Family health history recorded

**FAMILY HEALTH HISTORY (FREE TEXT)**

son with allergy

## Subjective

FA orange- red eyes, throat irritation, sneezing- smell
or eating
needs autoinyector
IgE pineaple/orange/lemon all neg
IgE <16
was fired from work since did not saw client that had orange

rhinitis- congestion/rhinorrhea, 7/7 days, sneezing, itching

asthma: last albuterol use  2-3 mo ago while Cuba, no cough at night, no cough with exercise, weather changes yes, viruses

## Objective

well in nad
tm's clear
oropharynx clear
cta
 rrr
skin nl

## Assessment

fa citrics
epipen prn anaphyalxis
avoid
influenza vaccine recommended
rhinitis
start astelin 1 spray/nostril qd and flonase sensmist 1 spray/nostril qd
SPT limited to ornage, pineapple, lemon: all negative but erased after 5 min secondary to cough, good pos control
saturation 99%
CTA
persistent dry cough
1120 am albuterol neb given
chest cta
sat 99observed until 1150- better, cough decrased

9/22/23, 11:53 AM                    Encounter - Office Visit Date of service: 09/17/23 Patient: VIRNA L RUIZ RIVERA DOB: 04/18/1977 PRN: RV188370

avoid citrics

**Plan**

as above

practicefusion







**(6) May 20, 2023**

**Photos N.D.P.C. Building**














**(5) May 10, 2023**

**Labs, Prescription, Referral, and  Document with date of
Given Insurrence Information by Management**



Rx Tracer #:67b2aa35ba6d46f38cfeeb0e19d28187          Rx Nbr: 07670161
Prescriber#:BMuOu
     Electronic Information For New Prescription From The Prescriber (COPY)
Patient:    RUIZ  RIVERA,VIRNA                         Phone: (787) 528-8049
            URB ALTURAS DE UTUADO CALLE CASCADA        Birth: 04/18/1977
            Utuado, PR  00641                          Gender: F

Prescriber: Arce Ramos , Astrid  L
Agent Name:
            DEA #: FA2330304         LIC: 16721
            NPI #: 1811108459        Sender ID: 6112008225007
Address:    309 CALLE FERNANDO L GARCIA                Phone: (787) 894-3013
            UTUADO, PR  00641
Electronically Signed By: Astrid Arce Ramos
Written:    05/11/2023              Effective:    05/11/2023
Sent:       05/11/2023   7:42pm  Intended Phy: FARMACIA CINTRON INC

Drug:       FLOVENT HFA CFC FREE 220 MCG/INH INHALATION

Diagnosis:
Qty:        1                           Days Supply: 30
                                        Refills: 0      DAW: 0

PUC:        Each
SIG:        1 INH BID


Free Text:

```
Rx Tracer #:4318b58383f64698a4f1f9765cd1914d          Rx Nbr: 07670162
Prescriber#:BMuOu
     Electronic Information For New Prescription From The Prescriber (COPY)
Patient:    RUIZ  RIVERA,VIRNA                        Phone: (787) 528-8049
            URB ALTURAS DE UTUADO CALLE CASCADA        Birth: 04/18/1977
            Utuado, PR  00641                          Gender: F

Prescriber: Arce Ramos , Astrid  L                    COPIC
Agent Name:
            DEA #: FA2330304        LIC: 16721
            NPI #: 1811108459       Sender ID: 6112008225007
Address:    309 CALLE FERNANDO L GARCIA               Phone: (787) 894-3013
            UTUADO, PR  00641
Electronically Signed By: Astrid Arce Ramos
Written:    05/11/2023            Effective:   05/11/2023
Sent:       05/11/2023   7:42pm  Intended Phy: FARMACIA CINTRON INC

Drug:       ALBUTEROL SULFATE 2.5 MG/3 ML (0.083%) INHALATION

Diagnosis:
Qty:        1                        Days Supply: 30
                                     Refills: 0     DAW: 0

PUC:        Each
SIG:        1 inh qid


Annotation: Prescribing Doctor Contacted = NO
1) DR CALL DRA ARCE INDICO DESPACHAR CAJA DE 60 AMPOLLETAS HOY 5/12/23 JNC 05/12/23 07:34 JNC
```

Rx Tracer #:ac035357f944decb37ffcb410656f88          Rx Nbr: 07670174

Prescriber#:BMuOu

   Electronic Information For New Prescription From The Prescriber (COPY)

Patient:   RUIZ  RIVERA,VIRNA                   Phone: (767) 528-8049

            URB ALTURAS DE UTUADO CALLE CASCADA     Birth: 04/18/1977

            Utuado, PR  00641                  Gender: F

Prescriber: Arce Ramos , Astrid  L

Agent Name:

          DEA #: FA2330304     LIC: 16721

          NPI #: 1811108459    Sender ID: 6112008225007

Address:   309 CALLE FERNANDO L GARCIA       Phone: (787) 894-3013

          UTUADO, PR  00641

Electronically Signed By: Astrid Arce Ramos

Written:  05/11/2023       Effective:   05/11/2023

Sent:     05/11/2023  7:42pm  Intended Phy: FARMACIA CINTRON INC

Drug:     CHILDREN GILTUSS COUGH AND CHEST CONGESTION 10 MG-100 MG/5 ML ORAL

Diagnosis:

Qty:      180                  Days Supply: 30

                              Refills: 0     DAW: 0

PUC:     Milliliter

SIG:     add prednisone albuterol razon 1 a 1 tomar 10 ml po tid

Free Text:

## FAX COVERSHEET



### U.S. NAVAL HOSPITAL GUANTANAMO BAY, CUBA

Mailing Address:    PSC 810 BOX 185
                    FPO, AE 09589

Phone:    757-458-2998 opt. 1 ext. 72006
Fax:      757-458-3724

---

**FROM:** *U.S. Naval Hospital Guantanamo Bay, Cuba*        **DEP:** <u>Referral Management</u>

**Email:** usn.gtmo.navhospgtmocu.list.gtmo-referral-management@mail.mil

**POC:** *Vanessa Lerma Jones*        **Email:** *Vanessa.lermajones.civ@health.mil*

**Phone:** *757-458-2998 opt. 1 ext. 2006*        **Fax:** *757-458-3724*

**Date:**

---

**TO:** _____        **ATTN:** _____

**Address:** _____

**Fax:** _____        **Pages:** _____

**Phone:** _____

**Re:** _____

---

*Thank you so very much for your assistance with this request. Please contact me by email if you need further information.*

---

**IMPORTANT WARNING:** This fax is intended for the use of the person to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this fax is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this fax in error, please notify us immediately and destroy the related fax.

**James Tracy**

| | |
|---|---|
| **From:** | MVM - Benefits |
| **Sent:** | Friday, June 16, 2023 10:05 AM |
| **To:** | James Tracy; MVM - Benefits |
| **Subject:** | RE: Virna Ruiz Employee# E068217 |

Hi James,

Please advise the employee to contact Cigna directly. They can do this by calling Cigna's dedicated support line at 800-853-2713. They will need to provide group number, which is 3345267.

# MVM-Benefits

benefits@mvminc.com

**Corporate Services**
19775 Belmont Executive Plaza, Suite 400, Ashburn, VA 20147

**From:** James Tracy <tracyj@mvminc.com>
**Sent:** Friday, June 16, 2023 8:40 AM
**To:** MVM - Benefits <benefits@mvminc.com>
**Subject:** Virna Ruiz Employee# E068217

Virna Ruiz Employee# E068217 is looking for the login information for the CIGNA health plan.

Respectfully,

James P. Tracy
Deputy Program Manager
GITMO
C 3184462535

**(7) Messages between Lt. Krul and I (Pg. 6 to pg. 7)**

**(8) June 8, 2023**
**Messages between Lt. Krul and I (pg. 7 to pg. 8)**
**Work Schedule**

## June 2023

| SUN | MON | TUES | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | 1- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br><br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT | 2 A CARD<br>SUP. ORTIZ<br>RUIZ<br>YOUNG<br>HERNANDEZ<br>ALVAREZ<br><br>B-CARD<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>EUGENE<br>GARCIA | 3- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>TROCHE<br>DIAZ<br>ALVAREZ<br><br>B-CARD<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>EUGENE<br>WILKINS |
| 4- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>EUGENE<br>COLEMAN | 5-C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br><br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT | 6- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br><br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT | 7- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>PAN<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>GRAHAM<br>EUGENE<br>EVERETT | 8- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>PAN<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>GRAHAM<br>EUGENE<br>GARCIA | 9-C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br><br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT | 10- C CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br><br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT |
| 11- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br>SAMANIEGO OJT<br>D-CARD<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT | 12- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>PAN<br>SAMANIEGO OJT<br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>GRAHAM<br>EVERETT | 13- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>PAN<br>SAMANIEGO OJT<br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>EVERETT<br>GRAHAM | 14- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>RICHARD<br>SAMANIEGO OJT<br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>EUGENE<br>WILKINS<br>EVERETT | 15- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN<br><br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>SAMANIEGO OJT<br>WILKINS<br>EVERETT | 16- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>GARCIA<br>GRAHAM | 17- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>WILKINS<br>GRAHAM |
| 18- A-CARD<br>SUP. ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>SAMANIEGO<br>GRAHAM | 19- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN<br><br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>SAMANIEGO<br>WILKINS<br>EVERETT | 20 C CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN<br><br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>STEWART<br>WILKINS<br>EVERETT | 21- A-CARD<br>SUP ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>SAMANIEGO<br>GRAHAM | 22- A-CARD<br>SUP ORTIZ<br>RUIZ<br>ALVAREZ<br>TROCHE<br>RICHARD<br><br>B-CARD<br>SUP.ORENGO<br>STEWART<br>EUGENE<br>SAMANIEGO<br>GRAHAM | 23-C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN<br><br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>GRAHAM<br>WILKINS<br>EVERETT | 24- C-CARD<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN<br><br>D-CARD<br>SUP. MURPHY<br>GARCIA<br>SAMANIEGO<br>WILKINS<br>EVERETT |

02/21/23

| 25- C-CARD | 26- A-CARD | 27- A-CARD | 28-C-CARD | 29-C-CARD | 30- A-CARD | |
|---|---|---|---|---|---|---|
| SUP. AGUILERA | SUP. ORTIZ | SUP. ORTIZ | SUP. AGUILERA | SUP. AGUILERA | SUP. ORTIZ | |
| YOUNG | RUIZ | RUIZ | YOUNG | YOUNG | RUIZ | |
| HERNANDEZ | ALVAREZ | ALVAREZ | HERNANDEZ | HERNANDEZ | ALVAREZ | |
| DIAZ | TROCHE | TROCHE | DIAZ | DIAZ | TROCHE | |
| PAN | RICHARD | RICHARD | PAN | PAN | RICHARD | |
| | | | | | | |
| D-CARD | B-CARD | B-CARD | D-CARD | D-CARD | B-CARD | |
| SUP. MURPHY | SUP.ORENGO | SUP.ORENGO | SUP. MURPHY | SUP. MURPHY | SUP.ORENGO | |
| GARCIA | STEWART | STEWART | GARCIA | GARCIA | STEWART | |
| STEWART | EVERETT | SAMANIGO | GRAHAM | STEWART | SAMANIEGO | |
| WILKINS | SAMANIEGO | GARCIA | WILKINS | WILKINS | GARCIA | |
| EVERETT | GRAHAM | GRAHAM | EVERETT | EVERETT | GRAHAM | |
| | | | | | | |
| | | | | | | |
| | | | OFC'S ON LEAVE: | | | |
| | | | OFC TROCHE | | | |
| | | | 5/24-6/2 | | | |
| | | | OFC PAN | | | |
| | | | 05/30-6/6 | | | |
| | | | OFC COLEMAN | | | |
| | | | 6/13-7/7 | | | |

Supervisors: Red, Females: Green

**THIS SCHEDULE IS SUBJECT TO CHANGE, PLEASE BE SURE TO CHECK THE SCHEDULE DAILY.**

DO NOT REMOVE OR CHANGE UNLESS AUTHORIZED BY ADMIN.        J. Tracy, DPM.

02/21/23

**(10) June 28, 2023 Messages between Lt. Krul and I (pg. 13 to pg. 15)**

**(11) June 29, 2023 Messages between Lt. Krul and I (pg. 14 to pg. 15)**

**(12) June 30, 2023 Messages between PM. Cluff and I (pg. 1 to pg. 2)**
**Email conversation with MVM Headquarters Jazmin Garcia,**
**Barbara Walrath, Vicki Howard and HR Ofelia Viesca.**
**Offer letter "Contract"**
**Incident Report**
**July Work Schedule**
**Benefits Enrollment and Payrolls from March 2023 to July 2023**

9/25/23, 1:21 PM                                         Mail - Virna Lisys - Outlook

### RE: Offer Letter - per your request

Ofelia Viesca <viescao@mvminc.com>
Mon 7/17/2023 7:23 PM
To:Virna L. Ruiz <virnalizy@hotmail.com>
Hello Virna, I apologize for that. That should not been happening moving forward since the supervisor is now an Officer.

Ofie

**From:** Virna Lisys <virnalizy@hotmail.com>
**Sent:** Monday, July 17, 2023 2:25 PM
**To:** Ofelia Viesca <viescao@mvminc.com>
**Subject:** Re: Offer Letter - per your request

CAUTION: This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thank you for sending me the letter. The reason whin I asked for it, was because I was doing supervisor job, translation and monitoring calls, and the post and other responsibilities. When other employers only do their post and get the same pay.

**From:** Ofelia Viesca <viescao@mvminc.com>
**Sent:** Monday, July 17, 2023 11:47 AM
**To:** Virna L. Ruiz <virnalizy@hotmail.com>
**Cc:** Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>
**Subject:** Offer Letter - per your request

Hello Virna, attached is a copy of your offer letter. I believe you had requested to see a contract, we only provide offer letters.

Please let me know if you have any questions.

Thank you, Ofie

**Ofelia "Ofie" Viesca** | HR Business Partner
**MVM, Inc.** | o 571.895.5500 | c 571.541.6056 | e viescao@mvminc.com
*Building a Future, Together*
Visit our website | Follow us on LinkedIn

*Disclaimer: This email, including any attachments, may contain MVM proprietary information and is intended solely for use by the individual to whom it is addressed. If you received this email in error, please notify the sender, do not disclose its contents to others, and delete it from your system. Any other use of this email and/or attachments is prohibited. This message is not meant to constitute an electronic signature or intent to contract electronically.*

**From:** Vicki Howard <HowardVi@mvminc.com>
**Sent:** Thursday, July 6, 2023 11:20 AM
**To:** Pia Kimble <kimblep@mvminc.com>; Ofelia Viesca <viescao@mvminc.com>; Barbara Walrath

Mail - Virna Lisys - Outlook

&lt;walrathb@mvminc.com&gt;; Jazmin Madrigal Garcia &lt;madrigalgarciaj@mvminc.com&gt;;
**Cc:** Blanca Baca &lt;BacaB@mvminc.com&gt;
**Subject:** RE: Documents

Hi Pia,
Attached is a copy of the offer letter for Virna Ruiz.  Let me know if you need anything else.

V/R,

**Vicki Howard** | Manager, Talent Acquisition
**MVM Inc. |o** 571-431-1416 | **e** HowardVi@mvminc.com
***Building a Future, Together***
Visit our website | Follow us on LinkedIn

*Disclaimer: This email, including any attachments, may contain MVM proprietary information and is intended solely for use by the individual to whom it is addressed.  If you received this email in error, please notify the sender, do not disclose its contents to others, and delete it from your system.  Any other use of this email and/or attachments is prohibited.  This message is not meant to constitute an electronic signature or intent to contract electronically.*

**From:** Pia Kimble &lt;kimblep@mvminc.com&gt;
**Sent:** Thursday, July 6, 2023 10:40 AM
**To:** Vicki Howard &lt;HowardVi@mvminc.com&gt;; Ofelia Viesca &lt;viescao@mvminc.com&gt;; Barbara Walrath &lt;walrathb@mvminc.com&gt;; Jazmin Madrigal Garcia &lt;madrigalgarciaj@mvminc.com&gt;
**Cc:** Blanca Baca &lt;BacaB@mvminc.com&gt;
**Subject:** RE: Documents

Vicki,

Could you please send us a copy of her offer letter?

Pia

**From:** Vicki Howard &lt;HowardVi@mvminc.com&gt;
**Sent:** Monday, July 3, 2023 12:34 PM
**To:** Ofelia Viesca &lt;viescao@mvminc.com&gt;; Barbara Walrath &lt;walrathb@mvminc.com&gt;; Jazmin Madrigal Garcia &lt;madrigalgarciaj@mvminc.com&gt;
**Cc:** Blanca Baca &lt;BacaB@mvminc.com&gt;; Pia Kimble &lt;kimblep@mvminc.com&gt;
**Subject:** RE: Documents

Hi Ofie,
Since this individual is an employee, it would be better if people services reaches out to her regarding her request.  At this time, it is just a request to get a copy of her contract.

Please let me know if you would like to discuss it further.

Thank you,

**Vicki Howard** | Manager, Talent Acquisition
**MVM Inc. |o** 571-431-1416 | **e** HowardVi@mvminc.com
***Building a Future, Together***
Visit our website | Follow us on LinkedIn

*Disclaimer: This email, including any attachments, may contain MVM proprietary information and is intended solely for use by the individual to whom it is addressed.  If you received this email in error, please notify the sender, do not disclose its contents to others, and delete it from your system.  Any other use of*

*this email and/or attachments is prohibited.  This message is not meant to constitute an electronic signature or intent to contract electronically.*

---

**From:** Ofelia Viesca <viescao@mvminc.com>
**Sent:** Monday, July 3, 2023 12:06 PM
**To:** Barbara Walrath <walrathb@mvminc.com>; Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>
**Cc:** Vicki Howard <HowardVi@mvminc.com>; Blanca Baca <BacaB@mvminc.com>; Pia Kimble <kimblep@mvminc.com>
**Subject:** Re: Documents

Good morning Jazmine, Barbara's correct we do not have a contract. It's only an offer letter. The employment is at will.

Barbara have we ever deducted the travel costs from any employer that has not stayed for less than a year? I have not seen that since I've been with a MVM.


Get Outlook for iOS
_____

**From:** Barbara Walrath <walrathb@mvminc.com>
**Sent:** Monday, July 3, 2023 10:25:33 AM
**To:** Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>
**Cc:** Ofelia Viesca <viescao@mvminc.com>; Vicki Howard <HowardVi@mvminc.com>
**Subject:** Re: Documents

Jazmin,
They do not have a contract although they are advised if they do not stay for a year we can deduct their travel costs.
Barbara

Sent from my iPhone

> On Jul 3, 2023, at 9:49 AM, Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com> wrote:

> Good Morning Ofie,

> I just wanted to forwarded you this request. This GTMO employee Virna L. Ruiz Rivera is asking for a copy of her contract (see below).


> Thank you,

> **Jazmin Madrigal Garcia** | Talent Acquisition Recruiter
> **MVM Inc.** |o 540-403-8355| e madrigalgarciaj@mvminc.com
> ***Building a Future, Together***
> Visit our website | Follow us on LinkedIn

> *Disclaimer: This email, including any attachments, may contain MVM proprietary information and is intended solely for use by the individual to whom it is addressed.  If you received this email in error, please notify the sender, do not disclose its contents to others, and delete it from your system.  Any other use of this email and/or attachments is prohibited.  This message is not meant to constitute an electronic signature or intent to contract electronically.*

9/25/23, 1:21 PM                                       Mail - Virna Lisys - Outlook

**From:** Virna Lisys <virnalizy@hotmail.com>
**Sent:** Friday, June 30, 2023 4:13 PM
**To:** Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>
**Subject:** Documents

CAUTION: This message has originated from an **External Source.** Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Can I have a copy of my contract?

Thank you;

Virna Lisys Ruiz Rivera



03/06/2023

Virna L. Ruiz
Urb Alts De Utuado Casacada de Ensueno 874
Utuado, Puerto Rico 00641

Dear Virna L.:

Congratulations! On behalf of MVM, Inc., I am pleased to extend our offer of employment to you as an Unarmed Security & Custody Officer. This position currently reports to Barbara Walrath, Operations Manager.

Your initial assignment will be in support of ICE GTMO & #HSCEDM-17- D - 00011. Your work location is the Migrant Operations Center, Guantanamo Bay Naval Station, Cuba.

**Please find below the terms and conditions of your employment, should you accept this offer letter:**

**Contingency:** This employment offer is contingent upon the satisfactory outcome of a personal background check, which may include professional references, verification of previous employment and education, a criminal background check, drug screening, a medical examination, a Department of Motor Vehicles (DMV) check, and/or a consumer credit check and the ability to retain or obtain a Navy Base Clearance any and all client-required security clearances as well as client acceptance of your qualifications.

**Start Date:** Your start date is scheduled for Thursday, March 9, 2023.

**Cash Compensation:** Your starting hourly rate will be $30.00 earned and payable in bi-weekly installments with our standard payroll practices.

**Benefits:** As an employee, you can participate in all benefit programs where eligibility requirements are met. If you choose to participate, benefits are effective on the first day of the month following your start date or coincident with your date of hire. You will be provided with a copy of the Employee Handbook and supporting materials with details regarding these benefits if you accept our offer and become employed by MVM.

**Station Terms:** As part of your acceptance for this position in Guantanamo Bay, you agree to be stationed at the Guantanamo Bay, Cuba location for a minimum of one year. Should you not remain at Guantanamo Bay for this minimum period of time, you agree to repay MVM, Inc., through payroll deduction and any leave balance, for all travel expenses incurred to locate you to Guantanamo Bay and to return you to your home location in the United States, Puerto Rico, or Virgin Islands. Exceptions to this rule will only be made either in the event of your own medical emergency requiring you to leave Cuba or a qualifying FMLA event. Your signature at the end of this letter confirms your understanding and agreement to reimburse MVM should you not remain employed with MVM for a minimum of one year.



**Treatment of Confidential Information from Prior Employment:** This employment offer is being extended to you based on your general skills and experience, and not based on your knowledge of confidential information from any previous employer or client. The Company expressly prohibits you from using or disclosing, in conjunction with your job duties, any confidential information that you may have obtained from any prior employer or client. Furthermore, it is the Company's understanding that you do not have any non-compete or obligations to any prior employer or client that would preclude you from performing your job duties for the company. By accepting this offer, you are confirming that to be the case.

**Privacy:** It is a condition of your employment that you sign MVM's Confidentiality Agreement, Code of Ethics, Conduct and Responsibility Acknowledgement and any other Employee Agreement forms upon employment.

**Employment Relationship:** Your employment with MVM will be "at will." This clause applies to both yourself and MVM, and means that either you or MVM may terminate your employment at any time and for any reason, with or without cause. Should you decide to terminate your employment, MVM requests a minimum of two (2) weeks' advance notice. Your employment is subject to MVM's personnel policies and procedures, which may be changed or modified from time to time. It is MVM's policy that all new employees are assigned a 90-day introductory period.

**Drug Testing:** MVM maintains a drug-free workplace, and may require its employees to submit to random drug testing in addition to the pre-employment drug screening. A copy of MVM's Drug-Free Workplace and Drug Testing Policy is included in the company's Employee Handbook.

**Employment Eligibility Verification:** By Law, MVM is required to verify your eligibility for employment in the United States, therefore, you will be asked to provide proof of identity and eligibility to work in the U.S. on your first day of employment. By law, we must receive proof of identity and eligibility within 3 days of your start date with MVM, Inc.

**Form I-9 Completion Instructions:** An MVM employee will witness your Form I-9 and complete the Employer portion of the form. It is imperative that you bring your original supporting form(s) of identification to complete the Form I-9. Further information on acceptable documents can be found at - https://www.uscis.gov/i-9-central/acceptable-documents.

**Summary:** Upon acceptance of MVM's offer of employment and completion of your hiring process, you will receive an email within 48 hours from kmkp@myworkday.com to initiate your employee on-boarding with MVM. To facilitate a smooth hiring process, it is important that you read/review the instructions provided in the email and complete the necessary 8 onboarding tasks assigned to you via your "Employee Workday Account" before your first day of employment.

We look forward to having you join our team and believe that your expertise and experience will be an asset to the company as we pursue future opportunities together.

For questions regarding your offer or the pre-employment process, please contact your Talent Acquisition Recruiter.



If the foregoing terms are acceptable to you, please sign and date this letter in the space indicated below, then return the original letter using MVM Workday, MVM's online onboarding system and retain a copy for your records.

Sincerely,

*Crystal Wheeler*

Crystal Wheeler
Chief People Officer

Signature:
{{Signature_es_:signer2:signature}}
{{Date_es_:signer2:date}}



**Migrant Operations Center**
**INCIDENT REPORT**

Date: 06/30/2023                                            Time of incident:

Reporting Officer: Ruiz

[  ] Person (s)        [ ] Sanitation        [ ] Safety        [ ] Maintenance        [ ] Other:

### DESCRIPTION OF INCIDENT

June 30, 2023. AT APROX 2030 WHILE I WAS DOING A THE M.O.C. CHECK, I SAW MIGRANT JOSE INSIDE THE LADIES ROOM.

June 30, 2023. AT APROX 2130 WHILE I WAS DOING A M.O.C. CHECK: I WAS GOING UP THE STAIRS, WHEN SECOND FLOOR DOOR WAS OPENED, I HEARD AND ARGUMENT BETWEEN MIGRANT JOSE M. RODRIGUEZ AND MIGRANT WALQUIRIA VELIZ.  SHE WAS USING A CROCH GOING DOWN THE STAIRS. MIGRANT ALEXANDER TRUJILLO ENCOURAGE MIGRANT JOSE M. RODRIGUEZ TO THROW MIGRANT WALQUIRIA VELIZ THROUGH THE STAIRS.

Signature:                                            DATE: 6.30.2023

Supervisor's Signature:                                DATE: 6/30/23

**MVM, INC.**
*Service Success and Support*
44620 Guilford Drive · Suite 150 · Ashburn · VA · 20147-6063
Tel (571) 223-4500 · Fax (571) 223-4474 · VA Lic. #11-1259

## July 2023

| SUN | MON | TUES | WED | THURS | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | | **1-B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>EVERETT<br>SAMANIEGO<br><br>**A-CARD**<br>SUP. ORTIZ<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ |
| **2 B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>GARCIA<br><br>**A-CARD**<br>SUP. ORTIZ<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **3-D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>GRAHAM<br>EVERETT<br><br>**C-CARD**<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **4- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>SAMANIEGO<br>EVERETT<br><br>**C-CARD**<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **5- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>WILKINS<br><br>**A-CARD**<br>SUP. ORTIZ<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **6- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>EVERETT<br><br>**A-CARD**<br>SUP. ORTIZ<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **7-D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>STEWART<br>EVERETT<br><br>**C-CARD**<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **8- D CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br><br>**C-CARD**<br>SUP. AGUILERA<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN |
| **9- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **10- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>GARCIA<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **11- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>WILKINS<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **12- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **13- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **14- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>COLEMAN<br>SAMANIEGO<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **15- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>BARGMANN<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ |
| **16- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>BARGMANN<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **17- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **18 D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>EVERETT<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **19- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>BARGMANN<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **20- B-CARD**<br>SUP. ORENGO<br>STEWART<br>GRAHAM<br>SAMANIEGO<br>BARGMANN<br><br>**A-CARD**<br>SUP. AGUILERA<br>RUIZ<br>TROCHE<br>RICHARD<br>ALVAREZ | **21-D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN | **22- D-CARD**<br>SUP MURPHY<br>GARCIA<br>WILKINS<br>COLEMAN<br>ORTIZ<br>**C-CARD**<br>LT. KRUL<br>YOUNG<br>HERNANDEZ<br>DIAZ<br>PAN |

02/21/23

| 23- D-CARD | 24- B-CARD | 25- B-CARD | 26-D-CARD | 27-D-CARD | 28- B-CARD | 29-B-CARD |
|---|---|---|---|---|---|---|
| SUP MURPHY | SUP. ORENGO | SUP. ORENGO | SUP MURPHY | SUP MURPHY | SUP. ORENGO | SUP. ORENGO |
| GARCIA | STEWART | STEWART | GARCIA | GARCIA | STEWART | STEWART |
| WILKINS | SAMANIEGO | GRAHAM | WILKINS | WILKINS | GRAHAM | GRAHAM |
| COLEMAN | GRAHAM | SAMANIEGO | ORTIZ | COLEMAN | SAMANIEGO | SAMANIEGO |
| ORTIZ | BARGMANN | BARGMANN | COLEMAN | ORTIZ | BARGMANN | BARGMANN |
| **C-CARD** | **A-CARD** | **A-CARD** | **C-CARD** | **C-CARD** | | |
| **LT. KRUL** | **SUP. AGUILERA** | **SUP. AGUILERA** | **LT. KRUL** | **LT. KRUL** | **A-CARD** | **A-CARD** |
| YOUNG | RUIZ | RUIZ | YOUNG | YOUNG | **SUP. AGUILERA** | **SUP. AGUILERA** |
| HERNANDEZ | TROCHE | TROCHE | HERNANDEZ | HERNANDEZ | RUIZ | RUIZ |
| DIAZ | RICHARD | RICHARD | DIAZ | DIAZ | TROCHE | TROCHE |
| PAN | ALVAREZ | ALVAREZ | PAN | PAN | RICHARD | RICHARD |
| | | | | | ALVAREZ | ALVAREZ |

| 30-B-CARD | 31- D-CARD | | | | | |
|---|---|---|---|---|---|---|
| SUP. ORENGO | SUP MURPHY | | | | | |
| STEWART | GARCIA | | | | | |
| GRAHAM | WILKINS | | | | | |
| SAMANIEGO | COLEMAN | | | | | |
| BARGMANN | ORTIZ | | | | | |
| | | | | | | |
| **A-CARD** | **C-CARD** | | | | | |
| **SUP. AGUILERA** | **LT. KRUL** | | | | | |
| RUIZ | YOUNG | | | | | |
| TROCHE | HERNANDEZ | | | | | |
| RICHARD | DIAZ | | | | | |
| ALVAREZ | PAN | | | | | |

| | | OFC'S ON LEAVE: | | | | |
|---|---|---|---|---|---|---|

Supervisors: Red, Females: Green

THIS SCHEDULE IS SUBJECT TO CHANGE, PLEASE BE SURE TO CHECK THE SCHEDULE DAILY.

DO NOT REMOVE OR CHANGE UNLESS AUTHORIZED BY ADMIN.     K. KRUL ADMIN LT

02/21/23

# Benefits

8 items

| Benefit Plan | Coverage Begin Date | Deduction Begin Date | Coverage | Calculated Coverage | Dependents | Beneficiaries | Employee Cost (Bi-weekly) | Employer Contribution (Bi-weekly) |
|---|---|---|---|---|---|---|---|---|
| Global Health - Cigna- Expatriate Plans PPO | 04/01/2023 | 04/01/2023 | Employee Only | | | | $112.07 | $282.34 |
| Basic Life - The Hartford GTMO/SCA ($50,000 Coverage) (Employee) | 04/01/2023 | 04/01/2023 | $50,000 | $50,000.00 | | Kaleb Rodriguez Ruiz | | $1.29 |
| Basic AD&D - The Hartford GTMO/SCA ($50,000) (Employee) | 04/01/2023 | 04/01/2023 | $50,000 | $50,000.00 | | Kaleb Rodriguez Ruiz | | $0.46 |
| Short Term Disability (STD) - The Hartford (Employee) | 04/01/2023 | 04/01/2023 | 66.67% of Salary | $800.04 | | | | $8.68 |
| Long Term Disability (LTD) - The Hartford (Employee) | 04/01/2023 | 04/01/2023 | 60% of Salary | $3,120.00 | | | | $4.18 |
| 401(k) - Principal Financial Group | 04/01/2023 | 04/01/2023 | | | | | | |
| 401(k) Roth - Principal Financial Group | 04/01/2023 | 04/01/2023 | | | | | | |
| Employee Assistance Program - LifeWorks Lifeworks - EAP | 04/01/2023 | 04/01/2023 | | | | | | $0.49 |
| | | | | | | Total: | $112.07 | $297.44 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| NGM | 06B217 | 000070 | | 0000150420 | 1 |

SEQ 000148

## Earnings Statement

**ADP**

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

Period Beginning: 03/19/2023
Period Ending: 04/01/2023
Pay Date: 04/14/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax Exempt

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 178.00 | 5,340.00 | 5,340.00 |
| Gross Pay | | | $5,340.00 | 5,340.00 |

| Deductions | Statutory | | this period | year to date |
|------------|-----------|--|-------------|--------------|
| | Social Security Tax | | -324.13 | 324.13 |
| | Medicare Tax | | -75.80 | 75.80 |
| | PR State Income Tax | | -1,305.86 | 1,305.86 |
| | PR SDI Tax | | -16.02 | 16.02 |
| | **Other** | | | |
| | Cafe Plan Ins. | | -112.07* | 112.07 |
| | Net Pay | | $3,506.12 | |
| | CHECKING A/C | | -3,506.12 | |
| | Net Check | | $0.00 | |

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Sick Avail Hrs | | 3.08 |
| Vaca Avail Hrs | | 3.08 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding Information**
Taxable Marital Status:
  PR: Single

© 1998, 2006, ADP, INC. All Rights Reserved.

© 2020 ADP, Inc.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620  GUILFORD DR STE 150
ASHBURN,  VA 20147
COMPANY PH#:571-223-4500

Advice number:    00000150420
Pay date:    04/14/2023

Deposited to the account of
VIRNA L. RUIZ

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxx2010 | xxxx  xxxx | $3,506.12 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| NGM | 058217 | 000070 | | 0000170423 | 1 |

SEQ 000557

**Earnings Statement**

**ADP**

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

Period Beginning:     04/02/2023
Period Ending:        04/15/2023
Pay Date:             04/28/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax Exempt

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 84.00 | 2,520.00 | 7,860.00 |
| Gross Pay | | | $2,520.00 | 7,860.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -149.29 | | 473.42 |
| | Medicare Tax | -34.92 | | 110.72 |
| | PR State Income Tax | -375.26 | | 1,681.12 |
| | PR SDI Tax | -7.56 | | 23.58 |
| | **Other** | | | |
| | Cafe Plan Ins. | -112.07* | | 224.14 |
| | Net Pay | | $1,840.90 | |
| | CHECKING A/C | | -1,840.90 | |
| | Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Avail Hrs | | 4.62 |
| Vaca Avail Hrs | | 6.16 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding Information**
Taxable Marital Status:
    PR:          Single

\* Excluded from federal taxable wages

© 1998, 2006. ADP, INC. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

Advice number:        00000170423
Pay date:             04/28/2023

Deposited to the account of          account number          transit ABA          amount
VIRNA L. RUIZ                        xxxxx2010               xxxx xxxx            $1,840.90

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| NGM | 068217 | 000070 | | 0000190432 | 1 |

SEQ 000377

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

# Earnings Statement

**ADP**

Period Beginning:     04/16/2023
Period Ending:        04/29/2023
Pay Date:             05/12/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax Exempt

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 96.00 | 2,880.00 | 10,740.00 |
| **Gross Pay** | | | **$2,880.00** | 10,740.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -171.61 | 645.03 |
| | Medicare Tax | -40.13 | 150.85 |
| | PR State Income Tax | -494.06 | 2,175.18 |
| | PR SDI Tax | -3.42 | 27.00 |
| | **Other** | | |
| | Cafe Plan Ins. | -112.07* | 336.21 |
| | **Net Pay** | **$2,058.71** | |
| | CHECKING A/C | -2,058.71 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Avail Hrs | | 6.16 |
| Vaca Avail Hrs | | 9.24 |

**Important Notes**
COMPANY PH #: 571-223-4500

EFFECTIVE THIS PAY PERIOD YOU HAVE SATISFIED THE PR SDI TAX LIMIT.

**Additional Tax Withholding Information**
Taxable Marital Status:
PR:          Single

© 1998, 2006, ADP, INC. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

Advice number:      00000190432
Pay date:           05/12/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| VIRNA L. RUIZ | xxxxx2010 | xxxx xxxx | $2,058.71 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| NGM | 068217 | 000070 | | 0000210430 | 1 |

SEQ 000464

**Earnings Statement**

**ADP**

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147

| Period Beginning: | 04/30/2023 |
|---|---|
| Period Ending: | 05/13/2023 |
| Pay Date: | 05/26/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax Exempt

VIRNA L. RUIZ
ALTS DE UTUADO 874
UTUADO PR 00641

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 92.00 | 2,760.00 | 13,500.00 |
| Gross Pay | | | $2,760.00 | 13,500.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -164.18 | 809.21 | |
| | Medicare Tax | -38.40 | 189.25 | |
| | PR State Income Tax | -454.46 | 2,629.64 | |
| | PR SDI Tax | | 27.00 | |
| | Other | | | |
| | Cafe Plan Ins. | -112.07* | 448.28 | |
| | Net Pay | | $1,990.89 | |
| | CHECKING A/C | -1,990.89 | | |
| | Net Check | | $0.00 | |

**\* Excluded from federal taxable wages**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Avail Hrs | | 7.70 |
| Vaca Avail Hrs | | 12.32 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding information**
Taxable Marital Status:
    PR:        Single

© 1998, 2006. ADP, INC. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2020 ADP, Inc.

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

| Advice number: | 00000210430 |
|---|---|
| Pay date: | 05/26/2023 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| VIRNA L. RUIZ | xxxxx2010 | xxxx xxxx | $1,990.89 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ▊   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| NGM | 068217 | 000070 | | 0000230432 | 1 |

SEQ 000424

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax Exempt

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 05/14/2023 |
| Period Ending: | 05/27/2023 |
| Pay Date: | 06/09/2023 |

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 86.00 | 2,580.00 | 16,080.00 |
| Gross Pay | | | $2,580.00 | 16,080.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -153.01 | 962.22 |
| | Medicare Tax | -35.78 | 225.03 |
| | PR State Income Tax | -395.06 | 3,024.70 |
| | PR SDI Tax | | 27.00 |
| | **Other** | | |
| | Cafe Plan Ins. | -112.07* | 560.35 |
| | Net Pay | $1,884.08 | |
| | CHECKING A/C | -1,884.08 | |
| | Net Check | $0.00 | |

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sick Avail Hrs | | 9.24 |
| Vaca Avail Hrs | | 15.40 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding Information**
Taxable Marital Status:
    PR:           Single

© 1998, 2006, ADP, INC. All Rights Reserved.

TEAR HERE ◄

© 2000 ADP, Inc.

◄ VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM ►

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

| Advice number: | 00000230432 |
|----------------|-------------|
| Pay date: | 06/09/2023 |

**Deposited to the account of**          account number    transit ABA                amount
VIRNA L. RUIZ                                 xxxxx2010        xxxx xxxx              $1,884.08

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

| CO.   FILE   DEPT.   CLOCK  VCHR. NO.  052 |
| NGM  056217  000070          0000250444   1 |

SEQ 000565

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

# Earnings Statement



Period Beginning:    05/28/2023
Period Ending:       06/10/2023
Pay Date:            06/23/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax Exempt

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 96.00 | 2,880.00 | 18,960.00 |
| Holida | 30.0000 | 8.00 | 240.00 | 240.00 |
| Gross Pay | | | $3,120.00 | 19,200.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -186.49 | 1,148.71 |
| | Medicare Tax | -43.62 | 268.65 |
| | PR State Income Tax | -573.26 | 3,597.96 |
| | PR SDI Tax | | 27.00 |
| | **Other** | | |
| | Cafe Plan Ins. | -112.07* | 672.42 |
| | Net Pay | $2,204.56 | |
| | CHECKING A/C | -2,204.56 | |
| | Net Check | $0.00 | |

**\* Excluded from federal taxable wages**

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Sick Avail Hrs | | 10.78 |
| Vaca Avail Hrs | | 18.48 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding Information**
Taxable Marital Status:
    PR:          Single

© 1998, 2006, ADP, INC. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

Advice number:     00000250444
Pay date:          06/23/2023

**Deposited to the account of**
VIRNA L. RUIZ

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxx2010 | xxxx xxxx | $2,204.56 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| NGM | 068217 | 000070 | | 0000270439 | 1 |

SEQ 000298

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

## Earnings Statement

**ADP®**

Period Beginning:   06/11/2023
Period Ending:      06/24/2023
Pay Date:           07/07/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax Exempt

**VIRNA L. RUIZ**
**ALTS DE UTUADO 874**
**UTUADO PR 00641**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 92.00 | 2,760.00 | 21,720.00 |
| Holida | | | | 240.00 |
| Gross Pay | | | $2,760.00 | 21,960.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -164.17 | 1,312.88 |
| | Medicare Tax | -38.39 | 307.04 |
| | PR State Income Tax | -454.46 | 4,052.42 |
| | PR SDI Tax | | 27.00 |
| | **Other** | | |
| | Cafe Plan Ins. | -112.07* | 784.49 |
| | Net Pay | $1,990.91 | |
| | CHECKING A/C | -1,990.91 | |
| | Net Check | $0.00 | |

**\* Excluded from federal taxable wages**

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sick Avail Hrs | | 12.32 |
| Vaca Avail Hrs | | 21.56 |

**Important Notes**
COMPANY PH #: 571-223-4500

**Additional Tax Withholding Information**
Taxable Marital Status:
    PR:            Single

© 1998, 2006. ADP, INC. All Rights Reserved.

TEAR HERE

©2020 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

Advice number:     00000270439
Pay date:          07/07/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| VIRNA L. RUIZ | xxxxx2010 | xxxx xxxx | $1,990.91 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| NGM | 068217 | 000070 | | 0000290428 | 1 |

SEQ 000512

**Earnings Statement**

ADP

*MVM INCORPORATED*
*44620 GUILFORD DR STE 150*
*ASHBURN, VA 20147*

| | |
|---|---|
| Period Beginning: | 06/25/2023 |
| Period Ending: | 07/08/2023 |
| Pay Date: | 07/21/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax Exempt

VIRNA L. RUIZ
ALTS DE UTUADO 874
UTUADO PR 00641

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 86.00 | 2,580.00 | 24,300.00 |
| Holida | 30.0000 | 12.00 | 360.00 | 600.00 |
| Gross Pay | | | $2,940.00 | 24,900.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -175.33 | 1,488.21 |
| | Medicare Tax | -41.01 | 348.05 |
| | PR State Income Tax | -513.86 | 4,566.28 |
| | PR SDI Tax | 27.00 | |
| | **Other** | | |
| | Cafe Plan Ins. | -112.07* | 896.56 |
| | **Net Pay** | $2,097.73 | |
| | CHECKING A/C | -2,097.73 | |
| | **Net Check** | $0.00 | |

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 86.00 | |
| Sick Avail Hrs | | 13.86 |
| Vaca Avail Hrs | | 24.64 |

**Important Notes**
COMPANY PH#: 571-223-4500

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PR:          Single

© 1999, 2006, ADP, INC. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MVM INCORPORATED
44620 GUILFORD DR STE 150
ASHBURN, VA 20147
COMPANY PH#:571-223-4500

| | |
|---|---|
| Advice number: | 00000290428 |
| Pay date: | 07/21/2023 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|----------------------------|----------------|-------------|--------|
| VIRNA L. RUIZ | xxxxx2010 | xxxx xxxx | $2,097.73 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**(13) July 3, 2023 Messages between Lt. Krul and I (pg. 16 to pg. 18)**

**Messages between PM. Cluff and I (pg. 2)**

11 de julio de 2023

Virna L. Ruiz Rivera

GUANTANAMO BAY, CUBA

Nathan Cluff

MVM PROGRAM MANAGER

GUANTANAMO BAY, CUBA

**ASUNTO: ERRORES EN EL "TIME SHEET AND PER DIAM"**

Cordiales saludos;

Por este medio formalmente me dirijo ante usted. Que le presento mis disculpas, por los errores en fechas y horas tanto en el "TIME SHEET AND PER DIEM. Ante el estado de estrés, miedo, preocupación entre otras, por situaciones laborables. Han perjudicado mi enfoque. Me esforzaré para que esta situación no se repita.

Espero que pueda entender y no continue molesto.

Agradecida,

Virna Lisys Ruiz Rivera

Entregado a:
Sog. E- Aguilera

July 11, 2023

Virna L. Ruiz Rivera

GUANTANAMO BAY, CUBA

Nathan Cluff

MVM PROGRAM MANAGER

GUANTANAMO BAY, CUBA

**AFFAIR: MISTAKES ON THE TIME SHEET AND PER DiAM**

I hereby formally address you. I apologize to you for the following mistakes, on the hours and dates from the Time Sheet and Per Diam. There for I'm under stress, fear, concerns among others, related to work situation. It has harmer my focus. I will do my best, so this situation does not happen again.

Hopefully you can understand and will be mad for no longer.

Thank you,

Virna Lisys Ruiz Rivera

**(15) July 13, 2023 Incident Report email letter to HR Leo Pacheco**



**Migrant Operations Center**
**INCIDENT REPORT**

Date: 07/13/2023                                   Time of incident: 4:29 PM

Reporting Officer: Ruiz

[   ] Person (s)        [   ] Sanitation        [ X ] Safety        [   ] Maintenance        [   ] Other:

DESCRIPTION OF INCIDENT

WHILE I WAS WEATING INSIDE THE U BOAT, MIGRANT ALEXANDER TRUJILLO CAME UP TO ME AN SEAT NEXT TO ME.

Signature: _____        DATE: 7/8/2023
Supervisor's Signature: _____        DATE: 7/ /2023
Action taken if any:
_____
_____
_____
_____

**MVM, INC.**
*Service Success and Support*
44620 Guilford Drive · Suite 150 · Ashburn · VA · 20147-6063
Tel (571) 223-4500 · Fax (571) 223-4474 · VA Lic. #11-1259

13 de julio de 2023


Virna L. Ruiz Rivera

Guantánamo Bay, Cuba


Leo Pacheco


Para informarle que el día de ayer le hice entrega al Sup. Aguilera de una carta de disculpas para el PM. Cluff. Le adjunto foto de la carta.

Durante el día de hoy ocurrió otro incidente con el mismo migrante Alexander Trujillo. Adjunto foto del incidente. Donde me sentí intimidada. Que al ir al AV622 para redactar el incidente y entregar el mismo. Una vez entregado me marche. Llegando a la habitación recibí una llamada del supervisor para que fuera a llamar la policía. Me devolví y fue entonces que me informa el supervisor Murphy quien mediante llamada telefónico recibió ordenes para que me solicitara salir de las facilidades. Que no podía llamar la policía desde el edificio. El despacho del 911 me solicito que llamara al 4105 desde mi celular esa llamada no procedió y el teléfono del hotel esta dañado.

Recibí una llamada de Ofelia Viesca y PM. CLUFF en una llamada conjunto. Me hablaron del incidente en el bote. Aunque yo llegué primero al bote; que debí moverme y sentarme en otro lado si me sentí intimidada. A mi entender la llamada fue grabada, como también la llamada con la señora Barbara. De ser así debería escucharlas. Que de ICE darse por enterado no renueva el contrato con MVM.

¿Quisiera saber cuántas amenazas, intimidaciones, de parte del migrante tengo que aguantar y del trato hostil de mi jefe PM Cluff? ¿Si me golpea el migrante tampoco me puedo defender? Hasta hora todo lo que ha dicho el migrante o los migrantes lo dan por hecho.

He trabajado arduamente por esta compañía. Cumpliendo con mi trabajo y el trabajo de supervisión con el conocimiento de la administración entre otras cosas ya mencionadas en el primer email. He recibido insultos, amenazas, intimidaciones departe del migrante Alexander Trujillo. Trato hostil de mi jefe. El cabello se me está cayendo, los dolores de cabeza son más recurrentes e intensos. Continúo estresada. En este instante traducir esta carta me es imposible del estrés y dolor de cabeza que tengo. Espero me disculpe.


Respetuosamente,


Virna L. Ruiz Rivera

13 de julio de 2023

Virna L. Ruiz Rivera
Guantánamo Bay, Cuba

Leo Pacheco

Para informarle que el día de ayer le hice entrega al Sup. Aguilera de una carta de disculpas para el PM.
Cluff. Le adjunto foto de la carta.

Durante el día de hoy ocurrió otro incidente con el mismo migrante Alexander Trujillo. Adjunto foto del
incidente. Donde me sentí intimidada. Que al ir al AV622 para redactar el incidente y entregar el mismo.
Una vez entregado me marche. Llegando a la habitación recibí una llamada del supervisor para que fuera
a llamar la policía. Me devolví y fue entonces que me informa el supervisor Murphy quien mediante
llamada telefónico recibió ordenes para que me solicitara salir de las facilidades. Que no podía llamar la
policía desde el edificio. El despacho del 911 me solicito que llamara al 4105 desde mi celular esa
llamada no procedió y el teléfono del hotel esta dañado.

Recibí una llamada de Ofelia Viesca y PM. CLUFF en una llamada conjunto. Me hablaron del incidente en
el bote. Aunque yo llegué primero al bote; que debí moverme y sentarme en otro lado si me sentí
intimidada. A mi entender la llamada fue grabada, como también la llamada con la señora Barbara. De
ser así debería escucharlas. Que de ICE darse por enterado no renueva el contrato con MVM.

Una vez entregado me marche. Llegando a la habitación recibí una llamada del supervisor para que fuera a llamar la policía. Me devolví y fue entonces que me informa el supervisor Murphy quien mediante llamada telefónico recibió ordenes para que me solicitara salir de las facilidades. Que no podía llamar la policía desde el edificio. El despacho del 911 me solicito que llamara al 4105 desde mi celular esa llamada no procedió y el teléfono del hotel esta dañado.

Recibí una llamada de Ofelia Viesca y PM. CLUFF en una llamada conjunto. Me hablaron del incidente en el bote. Aunque yo llegué primero al bote; que debí moverme y sentarme en otro lado si me sentí intimidada. A mi entender la llamada fue grabada, como también la llamada con la señora Barbara. De ser así debería escucharlas. Que de ICE darse por enterado no renueva el contrato con MVM.

¿Quisiera saber cuántas amenazas, intimidaciones, de parte del migrante tengo que aguantar y del trato hostil de mi jefe PM Cluff ¿Si me golpea el migrante tampoco me puedo defender? Hasta hora todo lo que ha dicho el migrante o los migrantes lo dan por hecho.

He trabajado arduamente por esta compañía. Cumpliendo con mi trabajo y el trabajo de supervisión con el conocimiento de la administración entre otras cosas ya mencionadas en el primer email. He recibido insultos, amenazas, intimidaciones departe del migrante Alexander Trujillo. Trato hostil de mi jefe. El cabello se me está cayendo, los dolores de cabeza son más recurrentes e intensos. Continúo estresada. En este instante traducir esta carta me es imposible del estrés y dolor de cabeza que tengo. Espero me disculpe.

Respetuosamente,

Virna L. Ruiz Rivera

**(16) July 16, 2023 Incident Report**



**Migrant Operations Center**
**INCIDENT REPORT**

**Date: 07/13/2023**                              **Time of incident: 1658**

**Reporting Officer: Sup. Murphy**

**[x ] Person (s)        [ ] Sanitation        [ ] Safety        [ ] Maintenance        [ ] Other:**

**DESCRIPTION OF INCIDENT**

To report that I have been receiving hostile and unprofessional treatment from Ofc. Richard. In many situations, the last one was on July 16, 2023, at the control room and Sup. Aguilera was there; among other situations that I can provide information.

June 30, 2023, at the hotel lobby, I gave PM. Cluff knowledge of the ongoing behavior of Ofc. Richard.

**Signature:** _____   **DATE:** _07-19-2023_

**Supervisor's Signature:** _____   **DATE:** _07-19-2023_

**Action taken if any:**

_____

_____

_____

_____

**MVM, INC.**
*Service Success and Support*
44620 Guilford Drive · Suite 150 · Ashburn · VA · 20147-6063
Tel (571) 223-4500 · Fax (571) 223-4474 · VA Lic. #11-1259

10/2/23, 12:13 PM                                    Mail - Virna Lisys - Outlook

## Re: Travel

**Barbara Walrath <walrathb@mvminc.com>**
Tue 7/25/2023 10:29 AM
To:Virna L. Ruiz <virnalizy@hotmail.com>

We are taking care of your luggage.
Barbara

Sent from my iPhone

> On Jul 25, 2023, at 9:56 AM, Virna Lisys <virnalizy@hotmail.com> wrote:
>
> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
>
> There is a situation with my lounges. The company is paying for my flight but not my lounges.
>
> Sent from my iPhone

IV. **Injuries Evidence**
    **Conversation betwwwn Jazmin Garcia and I (May 5, 2023)**
    **X ray evidence of broken tooth P.R. rapair (July 31, 2023)**

10/2/23, 1:08 PM                              Mail - Virna Lisys - Outlook

FW: Questions

Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>

Fri 5/5/2023 2:58 PM

To:Virna L. Ruiz <virnalizy@hotmail.com>

📎 1 attachments (112 KB)
Unanet Login Instructions - Onboarding.pdf;

Hi Virna!

Thanks for reaching out. Please see below the answers to your questions:

1. Employees cannot travel back to the U.S. every month. In this case, the officers have to stay in GTMO for the year contract. In case you have an emergency, you always have to check that with your supervisor and operations manager at GTMO.
2. Attached is a document that can help you to use Unanet. There are some links there on how to access to workday and also see the Unanet User guide in Workday. In addition, this is a link that takes you to ADP: **workforcenow.adp.com**. In Workday if you put Payroll information on the search bar, you can find an ADP guide. If you need additional help with ADP or have a questions about your payment, please contact: payroll@mvminc.com
3. Do you mean Per diem? In this case Full Time officers do not receive per diem.
4. Regarding the benefits, you have to log into Workday and check your pending onboarding tasks in your inbox. You should receive pending tasks regarding the insurance. There is where you enroll and complete the insurance information. You can always double check with HR regarding your benefits or sent an email to: benefits@mvminc.com

Feel free to contact me if you any questions.

Thank you,

**Jazmin Madrigal Garcia** | Talent Acquisition Recruiter
**MVM Inc. |o** 540-403-8355**| e** madrigalgarciaj@mvminc.com
*Building a Future, Together*
Visit our website | Follow us on LinkedIn

**From:** Virna Lisys <virnalizy@hotmail.com>
**Sent:** Thursday, May 4, 2023 10:16 PM
**To:** Jazmin Madrigal Garcia <madrigalgarciaj@mvminc.com>
**Subject:** Questions

CAUTION: This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi Jazmin,

I have some question that maybe you can answer or you can tell me were to get information?

Mail - Vima Lisys - Outlook

1. You told me I can travel every moth out of Cuba to Jacksonville, Fl and back in for medical appointments; and it's not like that.
2. The payments app Unanet, ADP or workday are not friendly. So, I'm not sure how much have I got paid or not. I need instructions how to use them or where do I get them.
3. We never discussed periderm.
4. The medical insurance I have not receive any insurance information to this day.

DRA.ROSALIE QUINONES DDS

201 AVE ARTERIAL HOSTOS

COND GALERIA I SUITE 205

SAN JUAN PR 00918

RECEIPT_____

DATE _7-31-23_

RECORD _128800_

AMOUNT $ _295ºº ATA_

PACIENTE NAME _Virma L. Ruiz Rivera_

DENTAL CODE _D0120    D1110    D0220 #14    D2950 #14    D0272_

AMOUNT PAID _295 ºº ATA_

BALANCE _____0_

RECEIVED BY _____

Rosalie Quiñones, DDS
201 Ave. Arterial Hostos. Cond
Galeria I Suite 205
San Juan, PR 00918

Dra. Rosalie Quiñones DMD
Ave. Arterial Hostos Condominio Galeria 1 Suite 205
00918 San Juan

Sidexis 4
© 2023 SIRONA Dental Systems GmbH

RUIZ RIVERA VIRNA L.
4/18/1977
R8800

Page 1 of 1

Print date: 7/31/2023
7/31/2023 1:35:16 PM  Raster image

Dra. Rosalie Quinones DMD
Ave. Arterial Hostos Condominio Galeria 1 Suite 205
00918 San Juan

RUIZ RIVERA VIRNA L.
4/18/1977
R8800

Print date: 7/31/2023
7/31/2023 1:35:12 PM, Raster Image

Page: 1 of 1

Sidexis 4
© 2023 SIRONA Dental Systems GmbH

Dra. Rosalie Quiñones DMD
Ave. Arterial Hostos Condominino Galeria 1 Suite 205
00918 San Juan

RUIZ RIVERA VIRNA L.
4/18/1977
R8800

Sidexis 4
© 2023 SIRONA Dental Systems GmbH

Page: 1 of 1

Print date: 7/31/2023
7/31/2023 1:38:04 PM, Raster Image